*In re* **FREDERICK**, CHARLES KENT (MR 17735)
Downers Grove, IL

Order of the Court:

The motion by the Administrator of the Attorney Registration and Disciplinary Commission to approve and confirm the report and recommendation of the Hearing Board is allowed, and respondent Charles Kent Frederick is suspended from the practice of law for six months and until further order of the Court.